Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Plaintiff(s)

v.

$6,819,750.00 OF FUNDS IN THE NAME OF MILENYUM ENERGY SA , et al

Defendant(s)

Civil Action: 19-cv-01936-JEB

**RE:** $6,819,750.00 OF FUNDS IN THE NAME OF MILENYUM ENERGY SA, et al

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served by publication on August 25, 2019, and an affidavit on behalf of the plaintiff having been filed, it is this 15th day of January, 2020 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ Tonya Hightower
Deputy Clerk